UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

*190900*
*raug 6/7/10*
*gg*

RECEIVED
10 JUN -7   AM 10: 07

U.S. BANKRUPTCY COURT
MINNEAPOLIS, MN

Unclaimed Dividends/Distribution Less than $5 for Deposit to Registry Fund

Debtor:   BENSON, Russell Ronald and Holly Rose

Chapter 7 Case No.          09-44487

Please Check One:

___ Unclaimed Dividends

__X__ Distribution Less than $5

| Name and Address of Creditor | Claim No. | Amount Claimed | Distribution Amount |
|---|---|---|---|
| INTEGRA TELECOM<br>1201 NE Lloyd Blvd Ste 500<br>Portland, OR 97232-1259 | 8 | $ 233.10 | $ 0.59 |
| FARNER BOCKEN<br>PO Box 368<br>Carroll, IA 51401-0368 | 9 | $ 769.79 | $ 1.95 |
| CHASE BANK USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | 11 | $ 409.98 | $ 1.04 |
| Total Check: | | | $ 3.58 |

Date   6-4-10

J. Richard Stermer,   Trustee